JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WILLIAM LEE STEWART, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEBRA ASUNCION, WARDEN, ) <br> M. BUECHTER, ASSOCIATE WARDEN, ) <br> and M. VOONG, CHIEF OFFICER, OFFICE ) <br> of APPEALS, ) <br> ) <br> Defendants. ) <br> _____ ) | No. CV 16-5872 JFW (AJW) <br><br> **JUDGMENT** |

It is hereby adjudged that the action is dismissed without prejudice to plaintiff's right to seek relief in the class action pending in the United States District Court for the Northern District of California, <u>Armstrong v. Brown</u>, Case No. 94-2307 CW.

Dated: November 18, 2016

_____
John F. Walter
United States District Judge